Dismissed and Memorandum Opinion filed August 28, 2008








Dismissed
and Memorandum Opinion filed August 28, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00309-CV

____________

 

LILLIE EBERTING, INDIVIDUALLY AND
AS ADMINISTRATOR 

OF THE ESTATE OF JERRY DEAVER, II,
DECEASED, 

AND JERRY DEAVER, SR., Appellants

 

V.

 

BAKER/MO SERVICES, INC. D/B/A/ BAKER ENERGY AND 

MICHAEL BAKER CORPORATION, Appellees

 



 

On Appeal from the
270th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-09538

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 8, 2008.  On August 13, 2008,
appellants filed an agreed motion to dismiss the appeal in order to effectuate
a compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM








 

Judgment rendered and Memorandum Opinion filed August
28, 2008.

Panel consists of Chief Justice Hedges, Justices
Anderson and Frost.